# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128382

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BOARD OF TRUSTEES OF THE CITY
OF FLINT RETIREMENT SYSTEM,
      Plaintiff-Appellant,

v

CITY OF FLINT,
      Defendant-Appellee.

SC: 128382
COA: 250273
Genesee CC: 01-071712-CZ

_____/

      On order of the Court, the application for leave to appeal the February 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

Clerk

s1128